United States Bankruptcy Court

Southern District of Indiana

In re:                                                     Case No. 16-09579-RLM

Monisa Ann Willis                          Chapter 13

      Debtor

# CERTIFICATE OF NOTICE

District/off: 0756-1                                User: admin                                          Page 1 of 4

Date Rcvd: Mar 03, 2022                       Form ID: b3180w                            Total Noticed: 76

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 05, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Monisa Ann Willis, 11340 Long Lake Drive, Indianapolis, IN 46235-6137 |
| cr | + | Specialized Loan Servicing as servicer for Deutsch, 2001 Western Ave, Suite 400, Seattle, WA 98121-3132 |
| cr | + | Winding Ridge Homeowners Association Inc., Eads Murray & Pugh P.C., 9515 E. 59th St Ste B, Indianapolis, IN 46216-1041 |
| 14313720 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14190932 | + | Community Health Network, Med-1 Solutions, 517 US Hwy 31 N, Greenwood, IN 46142-3932 |
| 14930137 | + | Deutsche Bank National Trust Co. Trustee, c/o Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 14226920 | + | Deutsche Bank National Trust Co. Trustee (See 410), c/o Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 14190940 | + | Infiniti Fin Svcs, Po Box 660366, Dallas, TX 75266-0366 |
| 14190941 | + | Kay Jewelers/Sterling Jewelers Inc., Sterling Jewelers, Po Box 1799, Akron, OH 44309-1799 |
| 14190943 | + | Lawrence Township Small Claims, 4455 McCoy Street Ste. 200, 49K031512SC008109, Indianapolis, IN 46226-2984 |
| 14230577 | | Nissan, POB 660366, Dallas, TX 75266-0366 |
| 14190945 | + | Personal Finance Co., Po Box 29158, Indianapolis, IN 46229-0158 |
| 14207453 | + | SPEEDWAY LLC, PO BOX 1590, SPRINGFIELD, OH 45501-1590 |
| 14190950 | + | Specialized Loan Servicing, LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 14190951 | + | Speedway/ssa, Attn: Bankruptcy Department, 500 Speedway Drive, Enon, OH 45323-1056 |
| 16006561 | + | U.S. Bank National Association, not in its, c/o Rushmore Loan Management Services, P.O. Box 55004, Irvine, CA 92619-5004 |
| 16056756 | + | U.S. Bank Trust, N.A., c/o Rushmore Loan Management Services, P.O. Box 55004, Irvine, CA 92619-5004 |
| 14190966 | ++ | VON MAUR INC, 6565 BRADY STREET, DAVENPORT IA 52806-2054 address filed with court:, Von Maur, Attn: Credit Dept, 6565 Brady St., Davenport, IA 52806 |
| 14190969 | + | Winding Ridge HOA, 941 East 86th St, Ste 225, Indianapolis, IN 46240-2286 |

TOTAL: 19

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14190915 | | Email/Text: ebn@americollect.com | Mar 03 2022 21:19:00 | Americollect Inc, Po Box 1566, Manitowoc, WI 54221 |
| 14221184 | | Email/PDF: bncnotices@becket-lee.com | Mar 03 2022 21:27:27 | American Express Centurion Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14190916 | + | Email/PDF: bncnotices@becket-lee.com | Mar 03 2022 21:27:19 | Amex, Correspondence, Po Box 981540, El Paso, TX 79998-1540 |
| 14190917 | + | EDI: WFNNB.COM | Mar 04 2022 02:23:00 | Ashley Stewart, Comenity, Po Box 182124, Columbus, OH 43218-2124 |
| 14190919 | + | EDI: BANKAMER.COM | Mar 04 2022 02:23:00 | Bank Of America, Nc4-105-03-14, Po Box 26012, Greensboro, NC 27420-6012 |
| 14190918 | + | EDI: BANKAMER.COM | Mar 04 2022 02:23:00 | Bank od America, Nc4-105-03-14, Po Box 26012, Greensboro, NC 27420-6012 |
| 14190920 | + | EDI: CITICORP.COM | Mar 04 2022 02:23:00 | Bby/cbna, 50 Northwest Point Road, Elk Grove Village, IL 60007-1032 |
| 14190923 | | EDI: CITICORP.COM | Mar 04 2022 02:23:00 | Childrens Place/Citicorp Credit Services, Attn: |

**Case 16-09579-RLM-13   Doc 47   Filed 03/05/22   EOD 03/06/22 00:10:53   Pg 2 of 6**

| District/off: 0756-1 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Mar 03, 2022 | Form ID: b3180w | Total Noticed: 76 |

| | | | | |
|---|---|---|---|---|
| | | | | Citicorp Credit Services, Po Box 20507, Kansas City, MO 64195 |
| 14190921 | + | EDI: CAPITALONE.COM | Mar 04 2022 02:23:00 | Capital One, Attn: Bankruptcy, Pob 30253, Salt Lake City, UT 84130-0253 |
| 14241405 | | Email/PDF: bncnotices@becket-lee.com | Mar 03 2022 21:27:19 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14190924 | + | EDI: CITICORP.COM | Mar 04 2022 02:23:00 | Citibank / Sears, Citicorp Credit Services/Attn: Centraliz, Po Box 790040, Saint Louis, MO 63179-0040 |
| 14190925 | + | EDI: CITICORP.COM | Mar 04 2022 02:23:00 | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bankrup, Po Box 790040, Saint Louis, MO 63179-0040 |
| 14190926 | + | EDI: WFNNB.COM | Mar 04 2022 02:23:00 | Comenity Bank/Ann Taylor, Po Box 182125, Columbus, OH 43218-2125 |
| 14190927 | + | EDI: WFNNB.COM | Mar 04 2022 02:23:00 | Comenity Bank/Jessica London, Po Box 182125, Columbus, OH 43218-2125 |
| 14190928 | + | EDI: WFNNB.COM | Mar 04 2022 02:23:00 | Comenity Bank/Marathon, Po Box 182125, Columbus, OH 43218-2125 |
| 14190929 | + | EDI: WFNNB.COM | Mar 04 2022 02:23:00 | Comenity Bank/vctrssec, Po Box 182125, Columbus, OH 43218-2125 |
| 14190930 | + | EDI: WFNNB.COM | Mar 04 2022 02:23:00 | Comenitybank/meijermc, Po Box 182125, Columbus, OH 43218-2125 |
| 14190931 | + | EDI: WFNNB.COM | Mar 04 2022 02:23:00 | Comenitycapital/overst, Po Box 182125, Columbus, OH 43218-2125 |
| 14190933 | + | EDI: CRFRSTNA.COM | Mar 04 2022 02:23:00 | Credit First/CFNA, Bk13 Credit Operations, Po Box 818011, Cleveland, OH 44181-8011 |
| 14190934 | + | Email/PDF: creditonebknotifications@resurgent.com | Mar 03 2022 21:27:24 | Credit One Bank Na, Po Box 98873, Las Vegas, NV 89193-8873 |
| 14190935 | + | EDI: CITICORP.COM | Mar 04 2022 02:23:00 | Dsnb Bloomingdales, Macy's Bankruptcy Dept., Po Box 8053, Mason, OH 45040 |
| 14190936 | + | EDI: CITICORP.COM | Mar 04 2022 02:23:00 | Dsnb Macys, Macys Bankruptcy Department, Po Box 8053, Mason, OH 45040 |
| 14190937 | | EDI: FORD.COM | Mar 04 2022 02:23:00 | Ford Credit, National Bankrupcy Service Center, Po Box 62180, Colorado Springs, CO 80962 |
| 14190938 | + | Email/Text: BK@FORUMCU.COM | Mar 03 2022 21:19:00 | Forum Credit Union, 11313 Usa Parkway, Fishers, IN 46037-9208 |
| 14190939 | + | EDI: PHINAMERI.COM | Mar 04 2022 02:23:00 | Gm Financial, Po Box 181145, Arlington, TX 76096-1145 |
| 14190922 | | EDI: JPMORGANCHASE | Mar 04 2022 02:23:00 | Chase Card Services, Attn: Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 14190942 | + | Email/Text: PBNCNotifications@peritusservices.com | Mar 03 2022 21:19:00 | Kohls/Capital One, Po Box 3120, Milwaukee, WI 53201-3120 |
| 14299872 | + | EDI: MID8.COM | Mar 04 2022 02:23:00 | MIDLAND FUNDING LLC, PO BOX 2011, WARREN, MI 48090-2011 |
| 14190944 | + | EDI: NAVIENTFKASMSERV.COM | Mar 04 2022 02:23:00 | Navient, Attn: Claims Dept, Po Box 9500, Wilkes-Barr, PA 18773-9500 |
| 14200893 | + | EDI: ECMC.COM | Mar 04 2022 02:23:00 | Oklahoma College Assistance Program, c/o ECMC, PO Box 16358, St. Paul, MN 55116-0358 |
| 14190946 | | Email/Text: Bankruptcy.Notices@pnc.com | Mar 03 2022 21:19:00 | PNC, Attention: Bankruptcy, 6750 Miller Rd., Brecksville, OH 44141 |
| 14190947 | | Email/Text: Bankruptcy.Notices@pnc.com | Mar 03 2022 21:19:00 | Pnc Bank, 2730 Liberty Ave, Pittsburgh, PA |

| District/off: 0756-1 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Mar 03, 2022 | Form ID: b3180w | Total Noticed: 76 |

| | | | | |
|---|---|---|---|---|
| 14358136 | | EDI: PRA.COM | Mar 04 2022 02:23:00 | 15222 |
| | | | | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14190948 | + | EDI: RMSC.COM | Mar 04 2022 02:23:00 | Project/gemb, Po Box 103104, Roswell, GA 30076-9104 |
| 14197530 | | EDI: Q3G.COM | Mar 04 2022 02:23:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14240894 | | EDI: Q3G.COM | Mar 04 2022 02:23:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14190949 | + | EDI: DRIV.COM | Mar 04 2022 02:23:00 | Santander Consumer USA, Po Box 961245, Fort Worth, TX 76161-0244 |
| 14190952 | + | EDI: RMSC.COM | Mar 04 2022 02:23:00 | Syncb/home Design Nahf, Attn: Bankruptcy, Po Box 103104, Roswell, GA 30076-9104 |
| 14190953 | + | EDI: RMSC.COM | Mar 04 2022 02:23:00 | Synchrony Bank / HH Gregg, Attn: Bankruptcy, Po Box 103104, Roswell, GA 30076-9104 |
| 14190954 | + | EDI: RMSC.COM | Mar 04 2022 02:23:00 | Synchrony Bank Credit Card, Attn: Bankruptcy, Po Box 103104, Roswell, GA 30076-9104 |
| 14190955 | + | EDI: RMSC.COM | Mar 04 2022 02:23:00 | Synchrony Bank/ JC Penneys, Attn: Bankrupty, Po Box 103104, Roswell, GA 30076-9104 |
| 14190956 | + | EDI: RMSC.COM | Mar 04 2022 02:23:00 | Synchrony Bank/ Old Navy, Attn: Bankruptcy, Po Box 103104, Roswell, GA 30076-9104 |
| 14190957 | + | EDI: RMSC.COM | Mar 04 2022 02:23:00 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 103104, Roswell, GA 30076-9104 |
| 14190958 | + | EDI: RMSC.COM | Mar 04 2022 02:23:00 | Synchrony Bank/Car Care One, Attn: Bankruptcy, Po Box 103104, Roswell, GA 30076-9104 |
| 14190959 | + | EDI: RMSC.COM | Mar 04 2022 02:23:00 | Synchrony Bank/HH Greg, Attn: Bankruptcy, Po Box 103104, Roswell, GA 30076-9104 |
| 14190960 | + | EDI: RMSC.COM | Mar 04 2022 02:23:00 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 103104, Roswell, GA 30076-9104 |
| 14190961 | + | EDI: RMSC.COM | Mar 04 2022 02:23:00 | Synchrony Bank/Sams Club, Attn: Bankruptcy, Po Box 103104, Roswell, GA 30076-9104 |
| 14190962 | + | EDI: RMSC.COM | Mar 04 2022 02:23:00 | Synchrony Bank/TJX, Attn: Bankruptcy, Po Box 103104, Roswell, GA 30076-9104 |
| 14190963 | + | EDI: RMSC.COM | Mar 04 2022 02:23:00 | Synchrony Bank/Walmart, Attn: Bankruptcy, Po Box 103104, Roswell, GA 30076-9104 |
| 14190964 | + | EDI: WTRRNBANK.COM | Mar 04 2022 02:23:00 | Target, C/O Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |
| 14191359 | + | Email/Text: USAINS.ECFBankruptcy@usdoj.gov | Mar 03 2022 21:19:00 | U.S. Attorney's Office, 10 W Market St Ste 2100, Indianapolis IN 46204-1986 |
| 14190965 | + | EDI: ECMC.COM | Mar 04 2022 02:23:00 | US Dept of Education, Attn: Bankruptcy, Po Box 16448, Saint Paul, MN 55116-0448 |
| 14190967 | + | EDI: WFFC.COM | Mar 04 2022 02:23:00 | Wells Fargo Bank, Mac F82535-02f, Po Box 10438, DesMoines, IA 50306-0438 |
| 14207490 | + | EDI: WFFC.COM | Mar 04 2022 02:23:00 | Wells Fargo Bank, N.A., C/O Wells Fargo Bank, N.A., MAC N9286-01Y, Default Document Processing, 1000 Blue Gentian Road, Eagan, MN 55121-1663 |
| 14340047 | | EDI: WFFC.COM | Mar 04 2022 02:23:00 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 14190968 | + | EDI: WFFC.COM | | |

District/off: 0756-1 | User: admin | Page 4 of 4
Date Rcvd: Mar 03, 2022 | Form ID: b3180w | Total Noticed: 76

| | | | | |
|---|---|---|---|---|
| | | | Mar 04 2022 02:23:00 | Wells Fargo Home Mortgage, Written Correspondence Resolutions, Mac # X 2302-04e Po Box 10335, Des Moines, IA 50306-0335 |
| 14338602 | + | Email/Text: tmurray@eadsmurraypugh.com | Mar 03 2022 21:19:00 | Winding Ridge Homeowners Association Inc., c/o Eads Murray & Pugh P.C., 9515 E. 59th St. Ste. B, Indianapolis, IN 46216-1041 |

TOTAL: 57

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 05, 2022                Signature:      /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 3, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew William Huber | on behalf of Creditor Winding Ridge Homeowners Association Inc. bkfilings@indianahoalaw.com |
| Ann M. DeLaney | ECFdelaney@trustee13.com ecfdelaney@gmail.com |
| Bethany Ann Wojtanowicz | on behalf of Creditor Specialized Loan Servicing as servicer for Deutsch BethanyW@w-legal.com |
| J. Andrew Sawin | on behalf of Debtor Monisa Ann Willis ecf@sawinlaw.com sawinecf01@gmail.com;ajones@sawinlaw.com;R57099@notify.bestcase.com |
| Kristin L. Durianski | on behalf of Creditor Wells Fargo Bank  N.A. bankruptcy@codilis.com |
| Molly Slutsky Simons | on behalf of Creditor U.S. Bank National Association  not in its individ bankruptcy@sottileandbarile.com |
| Richard John Shea, Jr. | on behalf of Debtor Monisa Ann Willis ecf@sawinlaw.com  R57099@notify.bestcase.com |
| U.S. Trustee | ustpregion10.in.ecf@usdoj.gov |

TOTAL: 8

| Information to identify the case: | |
|---|---|
| Debtor: **Monisa Ann Willis** <br> Name | Social Security number or ITIN: xxx–xx–3440 <br> EIN: _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court – Southern District of Indiana | |
| Case number: 16–09579–RLM–13 | |

# Order of Discharge

12/2018

**IT IS ORDERED** that a discharge under 11 U.S.C. § 1328(a) is granted to the following debtor:

    Monisa Ann Willis

Dated: **March 3, 2022**   By the court: /s/ Robyn L. Moberly
                                                                                  Judge, U.S. Bankruptcy Court

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtor personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtor personally on discharged debts. Creditors cannot contact the debtor by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay the debtor damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtor's property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

Pursuant to 11 U.S.C. § 524(f), this order does not prevent the debtor from paying any debt voluntarily.

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtor's personal liability for debts provided for by the chapter 13 plan.

In a case involving community property, special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Explanation of Bankruptcy Discharge in a Chapter 13 Case (continued)**

**Some debts are not discharged**
Examples of debts that are not discharged are listed below:

- Debts that are domestic support obligations.

- Debts for most student loans.

- Debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)(C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan.

- Debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case.

- Debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction.

- Some debts which the debtor did not properly list.

- Debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due.

- Debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained.

- Debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual.

- Debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a Chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**